UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEINYATEY CHAMBERS, | No. 2:12-cv-2855 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| BRENDA M. CASH, Warden, | |
| Respondent. | |

Plaintiff has filed a "Motion to Correct the Record," advising the court that he has been transferred to Avenal State Prison and seeking to name C. Wofford, Warden, as the new real-party-in-interest. According to records maintained by the State of California, of which the undersigned takes judicial notice, petitioner has since been transferred again to the California Institution for Men at Chino. The court accordingly construes petitioner's motion as one to name his present warden as the respondent, and so construed, grants the motion. Fed. R. Civ. Proc. 25(d).

Accordingly, IT IS HEREBY ORDERED THAT

1. Plaintiff's motion to correct the record (ECF No. 15) is granted; and

////

////

////

1

    2.  Brenda M. Cash, Warden, is substituted as respondent.

DATED: July 10, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:rb/cham2855.ord

2